IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT, IN AND FOR LAKE COUNTY, FLORIDA

CASE NO:

SADRAC NOEL SEPULVEDA and
SHEILA SEPULVEDA,

    Plaintiffs,

v.

EARL THOMAS and
TOMMY ADAMS LOGISTICS, INC.,

    Defendants.
_____/

## COMPLAINT

Plaintiffs, Sadrac Noel Sepulveda and Sheila Sepulveda, by and through their undersigned attorneys, sue the Defendants, Earl Thomas and Tommy Adams Logistics, Inc., and state as follows:

1. This is an action for damages that exceeds Fifteen Thousand Dollars ($15,000.00) exclusive of interest, costs and attorney's fees.

2. At all times material to this action, Plaintiff, Sadrac Noel Sepulveda, is a natural person residing in Sorrento, Lake County, Florida.

3. At all times material to this action Plaintiff, Sheila Sepulveda, is a natural person residing in Sorrento, Lake County, Florida.

4. At all times material to this action, Defendant, Earl Thomas, is a natural person residing in Montgomery, Montgomery County, Alabama.

5. At all times material to this action, Defendant, Tommy Adams Logistics, Inc., is a Domestic Corporation doing business in Lake County, Florida.

Page 1 of 8

6. All other conditions precedent to the bringing of this action have been performed, have occurred or have been waived.

7. Venue is proper in Lake County because the alleged incident occurred in Lake County.

8. This Court has personal jurisdiction by virtue of Florida's Long Arm Statute, Fl. Stat. 48.193(1)(a)(2). The Defendant, Earl Thomas, while physically present in the State of Florida did commit a tortious act resulting in personal injury to the Plaintiff who was/is a resident of the State of Florida.

9. This Court has personal jurisdiction by virtue of Florida's Long Arm Statute, Fl. Stat. 48.193(1)(a)(2). The Defendant, Tommy Adams Logistics, Inc.'s employee, Earl Thomas, while physically present in the State of Florida did commit a tortious act resulting in personal injury to the Plaintiff who was/is a resident of the State of Florida.

## FACTS COMMON TO ALL COUNTS

10. On or about May 19, 2017, Plaintiff, Sadrac Noel Sepulveda, was operating a motor vehicle in which Plaintiff, Sheila Sepulveda, was a passenger, at or near the intersection of State Road 46 and US 441, Mount Dora, Lake County, Florida.

11. At that time and place, Defendant, Earl Thomas, was operating a motor vehicle owned by the Defendant, Tommy Adam Logistics, Inc., at or near the intersection of State Road 46 and US 441, Mount Dora, Lake County, Florida.

12. At that time and place, Defendant, Earl Thomas, was operating a motor vehicle during the course and scope of his employment with the Defendant, Tommy Adam Logistics, Inc.

13. At that time and place, Defendant, Earl Thomas, operated the subject motor vehicle with the full knowledge and the express authority, permission and consent of its owner, Tommy Adams Logistics, Inc.

14. At that time and place, Defendant, Earl Thomas, negligently and carelessly operated and/or maintained his vehicle so as to collide with the the motor vehicle driven by Plaintiff, Sadrac Noel Sepulveda.

15. As a result of the collision caused by the negligence of Defendant, Earl Thomas, Plaintiffs, Sadrac Noel Sepulveda and Sheila Sepulveda, sustained serious and permanent injuries.

## COUNT I – ACTION BY PLAINTIFF, SADRAC NOEL SEPULVEDA, FOR NEGLIGENCE AGAINST DEFENDANT, EARL THOMAS

16. Plaintiff, Sadrac Noel Sepulveda, adopts and realleges Paragraphs 1 through 15 as fully set forth herein.

17. Defendant, Earl Thomas, was negligent and careless in the operation of his motor vehicle so as to collide with the motor vehicle operated by Plaintiff, Sadrac Noel Sepulveda.

18. As a direct and proximate cause of Defendant, Earl Thomas' negligence, Plaintiff, Sadrac Noel Sepulveda, suffered or incurred injuries included, without limitation, the following:

    A. Significant and permanent loss of an important bodily function and/or permanent and significant scarring.

    B. Permanent injury within a reasonable degree of medical probability other than scarring or disfigurement;

    C. Aggravation or activation of an existing disease or physical defect;

    D. Pain, suffering, disability, physical impairment, mental anguish, inconvenience, and a loss of capacity for the enjoyment of life;

      E. Expenses of medical care and treatment in the past and in the future;

      F. Loss of wages and/or loss of earning capacity in the future; and

      G. All losses are continuing and/or permanent.

19. Plaintiff, Sadrac Noel Sepulveda, will suffer or incur the injuries, expenses and impairment in the future.

**WHEREFORE**, Plaintiff, Sadrac Noel Sepulveda, demands judgment for damages against Defendant, Earl Thomas, for personal injury including the losses enumerated herein, costs, interest and for other such relief as may be just and equitable and otherwise deemed proper by the Court.

## COUNT II – ACTION BY PLAINTIFF, SADRAC NOEL SEPULVEDA, AGAINST DEFENDANT, TOMMY ADAMS LOGISTICS, INC.

20. Plaintiff, Sadrac Noel Sepulveda, adopts and realleges Paragraphs 1 through 19 as fully set forth herein.

21. Defendant, Tommy Adams Logistics, Inc., is vicariously liable for the negligence of Defendant, Earl Thomas, pursuant to Florida's Dangerous Instrumentality Doctrine.

22. As a direct and proximate cause of Defendant, Earl Thomas' negligence, Plaintiff, Sadra Noel Sepulveda, suffered or incurred injuries included, without limitation, the following:

      A. Significant and permanent loss of an important bodily function and/or permanent and significant scarring.

      B. Permanent injury within a reasonable degree of medical probability other than scarring or disfigurement;

      C. Aggravation or activation of an existing disease or physical defect;

      D. Pain, suffering, disability, physical impairment, mental anguish, inconvenience, and a loss of capacity for the enjoyment of life;

  E. Expenses of medical care and treatment in the past and in the future;

  F. Loss of wages and/or loss of earning capacity in the future; and

  G. All losses are continuing and/or permanent.

23. Plaintiff, Sadrac Noel Sepulveda, will suffer or incur the injuries, expenses and impairment in the future.

**WHEREFORE**, Plaintiff, Sadrac Noel Sepulveda, demands judgment for damages against Defendant, Tommy Adams Logistics, Inc., for personal injury including the losses enumerated herein, costs, interest and for other such relief as may be just and equitable and otherwise deemed proper by the Court.

## COUNT III – ACTION BY PLAINTIFF, SHEILA SEPULVEDA, FOR NEGLIGENCE AGAINST DEFENDANT, EARL THOMAS

24. Plaintiff, Sheila Sepulveda, adopts and realleges Paragraphs 1 through 15 as fully set forth herein.

25. Defendant, Earl Thomas, was negligent and careless in the operation of his motor vehicle so as to collide with the motor vehicle in which Plaintiff, Sheila Sepulveda, was a passenger.

26. As a direct and proximate cause of Defendant, Earl Thomas' negligence, Plaintiff, Sheila Sepulveda, suffered or incurred injuries included, without limitation, the following:

  A. Significant and permanent loss of an important bodily function and/or permanent and significant scarring.

  B. Permanent injury within a reasonable degree of medical probability other than scarring or disfigurement;

  C. Aggravation or activation of an existing disease or physical defect;

  D. Pain, suffering, disability, physical impairment, mental anguish, inconvenience, and a loss of capacity for the enjoyment of life;

  E. Expenses of medical care and treatment in the past and in the future;

  F. Loss of wages and/or loss of earning capacity in the future; and

  G. All losses are continuing and/or permanent.

27. Plaintiff, Sheila Sepulveda, will suffer or incur the injuries, expenses and impairment in the future.

**WHEREFORE**, Plaintiff, Sheila Sepulveda, demands judgment for damages against Defendant, Earl Thomas, for personal injury including the losses enumerated herein, costs, interest and for other such relief as may be just and equitable and otherwise deemed proper by the Court.

### COUNT IV – ACTION BY PLAINTIFF, SHEILA SEPULVEDA, AGAINST DEFENDANT, TOMMY ADAMS LOGISTICS, INC.

28. Plaintiff, Sheila Sepulveda, adopts and realleges Paragraphs 1 through 15 and 24 through 27 as fully set forth herein.

29. Defendant, Tommy Adams Logistics, Inc., is vicariously liable for the negligence of Defendant, Earl Thomas, pursuant to Florida's Dangerous Instrumentality Doctrine.

30. As a direct and proximate cause of Defendant, Earl Thomas' negligence, Plaintiff, Sheila Sepulveda, suffered or incurred injuries included, without limitation, the following:

  H. Significant and permanent loss of an important bodily function and/or permanent and significant scarring.

  I. Permanent injury within a reasonable degree of medical probability other than scarring or disfigurement;

 J. Aggravation or activation of an existing disease or physical defect;

 K. Pain, suffering, disability, physical impairment, mental anguish, inconvenience, and a loss of capacity for the enjoyment of life;

 L. Expenses of medical care and treatment in the past and in the future;

 M. Loss of wages and/or loss of earning capacity in the future; and

 N. All losses are continuing and/or permanent.

31. Plaintiff, Sheila Sepulveda, will suffer or incur the injuries, expenses and impairment in the future.

**WHEREFORE**, Plaintiff, Sheila Sepulveda, demands judgment for damages against Defendant, Tommy Adams Logistics, Inc., for personal injury including the losses enumerated herein, costs, interest and for other such relief as may be just and equitable and otherwise deemed proper by the Court.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a jury trial on all issues so triable of each and every one of the Counts set forth above.

**RESPECTFULLY** submitted this DATED this 22nd day of November 2017.

/s/ *STEVEN J. TOMESKO, ESQUIRE*
Steven J. Tomesko, Esquire
Florida Bar No.: 0098310
Dan Newlin & Partners
7335 W. Sand Lake Road, Suite 300
Orlando, FL 32819
Direct:(407)250-6515
Fax:(407)248-6567
Attorneys for Plaintiff
PRINCIPAL EMAIL ADDRESS:
Tomesko.pleadings@newlinlaw.com
Personal Email Address:
(NOT for Service of Pleadings and Documents):
Steven.Tomesko@newlinlaw.com