# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

SADRAC NOEL SEPULVEDA and
SHEILA SEPULVEDA,

     Plaintiffs,

v.                                                          Case No: 5:18-cv-506-Oc-30PRL

EARL THOMAS and TOMMY ADAMS
LOGISTICS, INC.,

     Defendants.

_____

## ORDER

The Court has been advised via a Notice of Mediation Cancellation (Dkt. 66) that the above-styled action has been settled.   Accordingly, pursuant to Local Rule 3.08(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   All pending motions, if any, are **DENIED** as moot.   The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of December, 2020.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record